■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v THOMAS J. MACKELL, JAMES D. ROBERTSON and FRANK R. DiPAOLA, Respondents.— Motion by the People of the State of New York to resettle the order of this court dated March 28, 1975 so as to delete the words "and the facts" from its decretal paragraph. Motion denied. In passing upon the appeal this court

did consider the facts and reversed the judgment on the facts and the law. Hopkins, Acting P. J., Martuscello, Cohalan, Christ and Hawkins, JJ., concur.